Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly Describe the property to be searched or identify the person by name and address)*<br>2006 Ford F-150 Pickup Truck, License Plate CPS1121, VIN # 1FTPW04526KC73781, currently located at the Bureau of Indian Affairs, Office of Justice Services, Criminal Investigations, San Carlos, Arizona. | Case No. 21-210MB |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of ___Arizona___.
(identify the person or describe the property to be searched and give its location):

**As further described in Attachment A.**

The person or property to be searched, described above, is believed to conceal (identify the person or describe the property to be seized):

**As set forth in Attachment B.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

YOU ARE COMMANDED to execute this warrant on or before ___July 27, 2021___.
*(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.
☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to the United States Magistrate Judge on duty.

_____.
(name)

N/A ☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized (*check the appropriate box*) ☐ for 30 days (*not to exceed 30*)
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: ___July 13, 2021 @ 10:45 AM___ ___[signature]___
Judge's signature

City and State: ___Phoenix, Arizona___ ___Honorable Michelle H. Burns, U.S. Magistrate Judge___
*Printed name and title*

AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

## RETURN

| Case No.: | Date and Time Warrant Executed: | Copy of warrant and inventory left with: |
|---|---|---|
| | | |

Inventory Made in the Presence of:

Inventory of the property taken and name of any person(s) seized:

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
Executing officer's signature

_____
Printed name and title

## ATTACHMENT A

### Property to Be Searched

1. 2006 Ford F-150/License Plate CPS1121/Vin # 1FTPW04526KC73781

## ATTACHMENT B

### Particular Things to be Seized

- Any data and/or equipment (black box) related to data storage from the airbag control module and/or power control module, to be imaged (downloaded) either directly from the module or after the removal of the module from the vehicle. This includes the potential for the need to dismantle, damage, or remove parts of the vehicle for obtaining this data, or collecting the module should the vehicle/module placement preclude imaging the module in place.

- All electronic systems onboard the vehicle that collects, maintains and/or stores data including the vehicle infotainment and/or telematics devices. These systems are designed to store a vast amount of data which includes recent destinations, favorite locations, call logs, contact lists, SMS messages, emails, pictures, videos, social media feeds, and the navigation history of everywhere the vehicle has traveled. These systems may also record events such as the activation and de-activation of the vehicle's headlights, the opening and closing of doors at a location, and the location of the vehicle at the time Bluetooth devices are connected.

- Any controlled substances as described in A.R.S. 13-3401, prescription medications, alcoholic beverages, and/or their containers, and associated paraphernalia to include ledgers, documented telephone numbers and receipts from any person or establishment serving said items.

- Any identifiable damaged components and/or parts to include paint chips, glass, dents, deformations, and voids which may link the vehicle(s) to the crash scene, to other vehicles, to its occupants, and/or to its occupant's positions.
- Any personal effects to include vehicle registrations, proof of insurance, bill of sale, receipts, personal property, other personal paperwork, or other indicia of ownership, dominion, or control of the above described vehicle.

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly Describe the property to be searched or identify the person by name and address)*<br>2006 Ford F-150 Pickup Truck, License Plate CPS1121, VIN # 1FTPW04526KC73781, currently located at the Bureau of Indian Affairs, Office of Justice Services, Criminal Investigations, San Carlos, Arizona. | Case No. 21-210 MB |

## APPLICATION AND AFFIDAVIT FOR A SEARCH WARRANT

I, SA Daniel Baker, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

**As further described in Attachment A.**

Located in the District of __Arizona__ , there is now concealed *(identify the person or describe the property to be seized)*:

**As set forth in Attachment B.**

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☒ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code/Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1153 and 1112(b) | CIR-Involuntary Manslaughter |

The application is based on these facts:
**The Affidavit of BIA Agent Clayton Allard is incorporated herein by reference.**

☒ Continued on the attached sheet.
☐ Delayed notice of _30_ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Reviewed by AUSA Thomas Simon  *TS*
*Telephonically Sworn*

CLAYTON ALLARD  Digitally signed by CLAYTON ALLARD
Date: 2021.07.12 19:42:47 -05'00'
*Applicant's Signature*

Clayton Allard, SA, BIA
*Applicant's printed name and title*

Date issued: July 13, 2021

*Judge's signature*

City and State: Phoenix, Arizona

Honorable Michelle H. Burns, U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT A

### Property to Be Searched

1. 2006 Ford F-150/License Plate CPS1121/Vin # 1FTPW04526KC73781

## **ATTACHMENT B**

### **Particular Things to be Seized**

- Any data and/or equipment (black box) related to data storage from the airbag control module and/or power control module, to be imaged (downloaded) either directly from the module or after the removal of the module from the vehicle. This includes the potential for the need to dismantle, damage, or remove parts of the vehicle for obtaining this data, or collecting the module should the vehicle/module placement preclude imaging the module in place.

- All electronic systems onboard the vehicle that collects, maintains and/or stores data including the vehicle infotainment and/or telematics devices. These systems are designed to store a vast amount of data which includes recent destinations, favorite locations, call logs, contact lists, SMS messages, emails, pictures, videos, social media feeds, and the navigation history of everywhere the vehicle has traveled. These systems may also record events such as the activation and de-activation of the vehicle's headlights, the opening and closing of doors at a location, and the location of the vehicle at the time Bluetooth devices are connected.

- Any controlled substances as described in A.R.S. 13-3401, prescription medications, alcoholic beverages, and/or their containers, and associated paraphernalia to include ledgers, documented telephone numbers and receipts from any person or establishment serving said items.

- Any identifiable damaged components and/or parts to include paint chips, glass, dents, deformations, and voids which may link the vehicle(s) to the crash scene, to other vehicles, to its occupants, and/or to its occupant's positions.
- Any personal effects to include vehicle registrations, proof of insurance, bill of sale, receipts, personal property, other personal paperwork, or other indicia of ownership, dominion, or control of the above described vehicle.

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A SEARCH WARRANT

I, Clayton Allard, being first duly sworn, hereby depose and state that the following is true and correct to the best of my knowledge and belief, and that this petition is based on the following facts:

### INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a warrant to search the 2006 Ford F-150 Pick-Up Truck (Truck) described in Attachment A for the items described in Attachment B, and more fully described below, believed to belong to or to be associated with NICHOLAS LISTER (LISTER) (Year of Birth: 1993), an enrolled member of the San Carlos Apache Indian Reservation (SCAIR), a federally recognized Reservation, and involved in a crash that resulted in two fatalities.

2. I am a Special Agent ("SA") with the Bureau of Indian Affairs ("BIA"), Division of Drug Enforcement, currently detailed to assist with Criminal Investigations on the SCAIR. I have been employed as a BIA SA since August 2015 and have been a Law Enforcement Officer since October 2013. While working in my official capacity, I have conducted criminal investigations of subjects involved in assaults, burglaries, homicides, death investigations, weapons offenses, sex crimes, possession and distribution of controlled substances, human trafficking, human smuggling, property damage incidents, and traffic-related violations.

3. As a BIA SA, I have the authority to investigate crimes occurring within Indian Country. I also have the authority to seek and execute federal process to include search warrants and criminal complaints.

4. In my capacity as a licensed law enforcement officer, I regularly contact and share information, investigative history, and techniques with other criminal investigators in local, state, and federal capacities. I have also learned information and techniques about people who are involved in criminal activities from confidential informants and witnesses.

5. Your affiant makes this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a warrant authorizing the search of the Truck belonging to LISTER, which is further described in Attachment A and currently in the custody of the BIA/Criminal Investigations in San Carlos, AZ, and the seizure and extraction from that Truck, evidence and electronically stored information described in Attachment B. It is the opinion of this SA that there exists probable cause to believe that the said evidence and information found in the Truck identified in this affidavit are evidence of violations of 18 U.S.C. §§ 1153 and 1112(b), Crime on an Indian Reservation (CIR) - Involuntary Manslaughter, committed by LISTER.

6. The statements in this affidavit are based in part upon information I have obtained during this investigation and upon information obtained from reviewing the reports of and consulting with other law enforcement officers. As this affidavit is being submitted

for the limited purpose of securing a search warrant, I have not included every fact known to me concerning this investigation.

**PROBABLE CAUSE**

7. On June 5, 2021 at 0204 hours, Officers with the San Carlos Police Department were dispatched to HWY 70, MP 264, on the SCAIR, in the District of Arizona, on a report of a crash involving two vehicles. There, officers observed a Ford F-150 Pickup Truck (Truck), as identified in Attachment A, flipped onto its top, located in the middle of the highway. Officers also observed a SUV flipped onto its passenger side, located off the highway along the mountain side.

8. Officers determined that LISTER was the lone occupant and driver of the Truck. Officers further determined that C.D., A.M., and V.K. were the three occupants of the SUV. C.D. and A.M. were pronounced deceased at the crash site by medical personnel.

9. San Carlos Tribal Police Officers and an Arizona Department of Public Safety Trooper, after reviewing the scene, determined that the Truck, while attempting to pass the SUV, struck the back-left corner of the SUV, causing both vehicles to leave the roadway. The Truck struck an embankment twice before landing on its roof in the middle of the roadway. The SUV went off the roadway, hit the side of an embankment and went airborne. The SUV then rolled an unknown number of times, resulting in the deaths of C.D. and A.M.

10. A San Carlos Officer observed three (3) unopened beer bottles in the cab of the Truck and one (1) broken beer bottle on the roadway next to Truck. The Officer also detected an odor of alcohol emitting from inside the Truck.

11. An EMS Paramedic informed San Carlos Officers that LISTER had made statements to the paramedic while being transported to the air evacuation site. LISTER told the paramedic that he, LISTER, had consumed a large amount of alcohol and no longer wanted to live.

12. On June 23, 2021, a BIA Special Agent requested LISTER'S medical records from the Chandler Medical Center where LISTER, after the crash, had been air transported for treatment. Based on the toxicology report included in the medical records, LISTER'S blood/alcohol level was .244 on June 5, 2021 at approximately 0409 hrs.

13. Your affiant is also aware that many late model vehicles, such as the 2006 Ford F-150 Pick-Up Truck, are equipped with Event Data Recorders, also known as "black boxes." These devices, and other modules of a similar nature, record a range of measurements at the time of a collision. This may include pre-collision, collision, and post-collision data including, but not limited to, vehicle speed, throttle position, brake position and engine revolutions per minute (RPMs) prior to airbag deployment, changes in velocity (delta-v), and seatbelt usage. This data may be either downloaded via the diagnostic port on the vehicle or the entire module may be removed from the vehicle for later examination off site.

14. Based on affiant's law enforcement experience and the experience of other law enforcement agents, including crime reconstruction agents, the above requested evidence is believed to be relevant to this investigation.

## CONCLUSION

15. Based on the above information, I submit that there is probable cause to believe that inside the Truck identified in Attachment A, there is evidence – described in Attachment B – including evidence from the Event Data Recorder, also known as "black box," of a violation of 18 U.S.C. §§ 1153 and 1112(b), CIR-Involuntary Manslaughter. I therefore am requesting a search warrant be issued for the Truck listed in Attachment A, for the items listed in Attachment B. Again, the Truck is currently secured at the Bureau of Indian Affairs Office of Justice Services Branch of Criminal Investigations, San Carlos, Arizona.

Respectfully submitted,

CLAYTON ALLARD  Digitally signed by CLAYTON ALLARD
Date: 2021.07.12 19:42:00 -05'00'

Clayton Allard
Special Agent
Bureau of Indian Affairs

SUBSCRIBED and SWORN to telephonically on this 13 day of July, 2021.

HONORABLE MICHELLE H. BURNS
United States Magistrate Judge

5